ELBERT CHARLES EBINGER, ET AL, *Appellants,* v. AMERICAN
LINE BUILDERS, INC., *Respondent.*

Appeals from a judgment of the Superior Court for King

County, No. 87-2-20246-1, Charles S. Burdell, Jr., J., entered July 18, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Forrest, J., concurred in by Winsor and Baker, JJ.